UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ25-647 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| AMANDEEP SINGH MULTANI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:     Abusive Sexual Contact with a Child Under 12 Years of Age

<u>Date of Detention Hearing</u>:    October 21, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was born in India and is a citizen of Canada. An Indian passport was

DETENTION ORDER
PAGE -1

seen in his baggage when he was arrested, but it is not known if it belonged to the defendant. He has no ties to this District. He was previously residing in Indiana in a house owned by his sister's brother-in-law, and was in the process of returning to reside in Canada when arrested for the instant offense. Otherwise, he has no ties to the proposed release address. His sister resides much of the time in Canada. There is no information about a Canadian criminal record.

2. Defendant poses a risk of nonappearance based on a lack of viable release plan, unstable residence, irregular employment as a ride share driver, and possession of a passport. Defendant poses a risk of danger based on the nature of the alleged offense, and the lack of verified criminal record information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 21th day of October, 2025.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3